JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN GANDARILLA,** | NO. SACV 12-1281-MMM (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| **RICK HILL, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>January 16, 2015</u>.

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE